IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| TTMOTHY B. HENNIS,<br><br>Petitioner,<br><br><br><br>COLONEL DOUGLAS J. CURTIS,<br>Commandant, United States Disciplinary<br>Barracks, Fort Leavenworth, Kansas,<br><br>Respondent | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CASE NO. 5:25-cv-03207-DDC |

**JOINT MOTION TO STAY FEDERAL HABEAS CORPUS PROCEEDINGS**

Come now the Parties and jointly move this Court to stay the above-captioned federal habeas proceedings until further order of this Court. In support of their motion, the parties show as follows:

1. Petitioner, former United States Army Master Sergeant Timothy B. Hennis, is a death-sentenced prisoner in the custody of Respondent, Colonel Douglas J. Curtis, Commandant of the United States Disciplinary Barracks, Fort Leavenworth, Kansas.

2. Mr. Hennis initiated the above-captioned federal habeas proceeding with his motions for appointment of counsel (Doc. No. 1) and to proceed in forma pauperis (Doc. No. 2), which this Court granted on October 7, 2025 (Doc. No. 3).

3. The parties agree that this proceeding cannot move forward until and unless Hennis's death sentence is approved by the President of the United States. *See* 10 U.S.C. § 857(a)(3).

4. The parties accordingly move jointly to stay this proceeding until his death sentence is acted upon by the President.

5. The parties will submit joint status reports every 90 days with any information relevant to the timing of this proceeding.

6. The parties will notify the Court promptly upon learning of any action by the President concerning Hennis's death sentence.

Respectfully submitted,

JOHN G. BAKER
Federal Public Defender for the
Western District of North Carolina

/s/ Gerald W. King, Jr.
GERALD W. KING, JR.
Chief
Email: gerald_king@fd.org

TERESA L. NORRIS
Assistant Federal Public Defender
Email: teresa_norris@fd.org

Capital Habeas Unit
For the Fourth Circuit
129 West Trade Street, Suite 300
Charlotte, NC 28202
(704) 688-6946

/s/Jonathan Potter
JONATHAN POTTER
Senior Appellate Counsel
U.S. Army Defense Appellate Division
(434) 262-2026
Email: jonathan.f.potter3.civ@army.mil

ANDREW W. MOORE
CPT, JA
Appellate Counsel, Branch I
U.S. Army Defense Appellate Division
202-556-0525
Email: andrew.w.moore24.mil@army.mil

Counsel for Petitioner

/s/ Jared S. Maag
JARED S. MAAG
Office of United States Attorney - Topeka
290 US Courthouse
444 SE Quincy
Topeka, KS 66683-3592
785-295-2858
Fax: 785-295-2853
Email: jared.maag@usdoj.gov

Counsel for Respondent

## CERTIFICATE OF SERVICE

I certify that I filed the foregoing motion with the Clerk of Court using the CM/ECF system, which will send notification of the filing to counsel for Respondent.

This, the 16th day of December, 2025.

/s/Gerald W. King, Jr.
GERALD W. KING, JR.