IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| TTMOTHY B. HENNIS,<br><br>Petitioner,<br><br><br>COLONEL ANDREW SERGENT[1],<br>Commandant, United States Disciplinary<br>Barracks, Fort Leavenworth, Kansas,<br><br>Respondent | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CASE NO. 5:25-cv-03207-DDC |

**JOINT STATUS REPORT**

Come now the Parties and jointly submit the status report directed by this Court's order of December 17, 2025 (Doc. No. 8).

1. Petitioner, former United States Army Master Sergeant Timothy B. Hennis, is a death-sentenced prisoner in the custody of Respondent, Colonel Douglas J. Curtis, Commandant of the United States Disciplinary Barracks, Fort Leavenworth, Kansas.

2. Mr. Hennis initiated the above-captioned federal habeas proceeding with his motions for appointment of counsel (Doc. No. 1) and to proceed in forma pauperis (Doc. No. 2), which this Court granted on October 7, 2025 (Doc. No. 3).

3. The parties have agreed that this proceeding cannot move forward until and unless Hennis's death sentence is approved by the President of the United States. *See* 10 U.S.C. § 857(a)(3).

[1] On August 6, 2026, Col. Douglas Curtis relinquished command of the Army Corrections Brigade to Col. Andrew Sergent, who, per Rule 25(d) of the Federal Rules of Civil Procedure, is automatically substituted as Respondent in this action.

4. On December 17, 2025, upon the joint motion of the parties, this Court stayed these proceedings "pending presidential action" and directed the parties to "file a written status report with the Court no less frequently than every 90 days." (Doc. No. 8 at 2.) The parties filed their first joint status report on March 17, 2026. (Doc. No. 9.)

5. At this time, Mr. Hennis's death sentence is still under review and has not been approved or disapproved by the President.

6. The parties will notify the Court promptly upon learning of any action by the President concerning Hennis's death sentence.

7. The parties will next submit a joint status report no later than December 14, 2026.

Respectfully submitted,

JOHN G. BAKER
Federal Public Defender for the
Western District of North Carolina

/s/ Gerald W. King, Jr.
GERALD W. KING, JR.
Chief
Email: gerald_king@fd.org

TERESA L. NORRIS
Assistant Federal Public Defender
Email: teresa_norris@fd.org

Capital Habeas Unit For the Fourth Circuit
129 West Trade Street, Suite 300
Charlotte, NC 28202
980-378-5105

/s/Jonathan Potter
JONATHAN POTTER
Senior Appellate Counsel
U.S. Army Defense Appellate Division
(434) 262-2026
Email: jonathan.f.potter3.civ@army.mil

Counsel for Petitioner

/s/ Jared S. Maag
JARED S. MAAG
Office of United States Attorney - Topeka
290 US Courthouse
444 SE Quincy
Topeka, KS 66683-3592
785-295-2858
Fax: 785-295-2853
Email: jared.maag@usdoj.gov

Counsel for Respondent

**CERTIFICATE OF SERVICE**

I certify that I filed the foregoing motion with the Clerk of Court using the CM/ECF system, which will send notification of the filing to counsel for Respondent.

This, the 14th day of September, 2026.

/s/Gerald W. King, Jr.
GERALD W. KING, JR.